**RECOMMENDATION TERMINATING**
**SUPERVISED RELEASE PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT**
**FOR THE**
**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **vs.** | ) | **Docket Number:  2:04CR00393-03** |
| | ) | |
| **Shamshad ZIYARMAL** | ) | |
| | ) | |

**LEGAL HISTORY:**

On November 8, 2005,  the above-named was sentenced to 16 months custody in the Bureau of Prisons to be followed by a term of Supervised Release for a period of 3 years, which commenced on November 25, 2005.   Special conditions included: Search; Drug/alcohol treatment program/testing; Co-pay for treatment/testing; Submit to DNA testing.

**SUMMARY OF COMPLIANCE:**

Mr. Ziyarmal has complied with all conditions and special conditions of Supervised Release, and has not been involved in any further criminal activities.  It is the opinion of the probation officer that he has derived maximum benefit from supervision and is not in need of continued supervision.

RE:   **Shamshad ZIYARMAL**
      **Docket Number:  2:04CR00393-03**
      **RECOMMENDATION TERMINATING**
      **SUPERVISED RELEASE PRIOR TO EXPIRATION DATE**


**RECOMMENDATION:**


It is, therefore, respectfully recommended that Supervised Release in this case be terminated early.


Respectfully submitted,


/s/ Richard W. Elkins
**RICHARD W. ELKINS**
**Senior United States Probation Officer**


Dated:        May 8, 2008
              Elk Grove, California
              DAS/cj


**REVIEWED BY:**      /s/ Deborah A. Spencer
                      **DEBORAH A. SPENCER**
                      **Supervising United States Probation Officer**


cc:    AUSA Robert Tice-Raskin (Pursuant to Rule 32, notice of proposed relief to the supervisee is being provided.  If no objection is received from you within 14 days, the probation officer's Recommendation and Prob35-Order Terminating Supervised Release Prior to Expiration Date, will be submitted to the Court for approval.)

PROB 35

# ORDER TERMINATING SUPERVISED RELEASE
# PRIOR TO EXPIRATION DATE

## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **vs.** | ) | **Docket Number:  2:04CR00393-03** |
| | ) | |
| **Shamshad ZIYARMAL** | ) | |
| _____ | ) | |

On November 25, 2005, the above-named was placed on Supervised Release for a period of 3 years.  He has complied with the rules and regulations of supervision.  It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Richard W. Elkins
**RICHARD W. ELKINS**
**Senior United States Probation Officer**

Dated:       May 8, 2008
             Elk Grove, California
             DAS/cj

**REVIEWED BY:**      /s/ Deborah A. Spencer
                **DEBORAH A. SPENCER**
                **Supervising United States Probation Officer**

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG

RE:   **Shamshad ZIYARMAL**
      **Docket Number:   2:04CR00393-03**
      **ORDER TERMINATING SUPERVISED RELEASE**
      **PRIOR TO EXPIRATION DATE**

---

## ORDER OF COURT

It is ordered that the supervised releasee be discharged from supervised release, and that the proceedings in the case be terminated.

May 28, 2008
**Date**

                                        **Lawrence K. Karlton**
                                        **Senior United States District Judge**

DAS/cj
Attachment:  Recommendation
cc:     United States Attorney's Office

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG